No. 966. HEARST CORP., BALTIMORE NEWS AMERICAN DIVISION *v.* LOCAL UNION No. 24, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO. C. A. 4th Cir. Certiorari denied. *Theodore Sherbow* and *William A. Agee* for petitioner. *Thomas X. Dunn* for respondent.

No. 997. WORTHINGTON CORP. *v.* LEASE MANAGEMENT, INC. C. A. 6th Cir. Certiorari denied. *Ronald A. Jacks* for petitioner. *Edward D. Wells* for respondent.

No. 936. BEAVER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Thaddeus Rojek* for petitioners. *Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis* and *Elizabeth Dudley* for the United States. *Darrell F. Smith,* Attorney General, and *Dale R. Shumway,* Special Assistant Attorney General, for the State of Arizona, as *amicus curiae,* in support of the petition.

No. 362, Misc. JAMES *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 639, Misc. GRIZZELL *v.* FLORIDA. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *T. T. Turnbull,* Assistant Attorney General, for respondent.

No. 765, Misc. BROWN *v.* CAVELL, PENITENTIARY SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.